# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRESH & EASY, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 15-12220-BLS<br>(Jointly Administered) |
| GUADALUPE COTE, on Behalf of Herself All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>FRESH & EASY, LLC, YFE HOLDINGS, INC. and THE YUCAIPA COMPANIES, LLC,<br><br>      Defendants. | Adv. Pro. No. 15-51906-BLS |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The undersigned, counsel to defendants The Yucaipa Companies, LLC and YFE Holdings, Inc. (collectively, "Yucaipa"), hereby certify as follows:

1. On November 22, 2015, plaintiff Guadalupe Cote filed her *Class Action Adversary Proceeding for Violation of WARN Act 29 U.S.C. § 2101, et seq. and California Labor Code §§ 1400, et seq.* [D.I. 1] (the "Complaint") commencing the above-captioned adversary proceeding (the "Adversary Proceeding").

2. On December 1, 2015, the Court issued a summons in the Adversary Proceeding. *See* D.I. 3. The summons requires Yucaipa and defendant Fresh & Easy, LLC to file a responsive pleading by December 31, 2015. The pretrial conference is scheduled for January 21, 2016, at 10:00 a.m.

3. Claims similar to those asserted in the Adversary Proceeding are pending in two other federal actions and two state actions that involve different (although overlapping) sets of defendants (*Morris v. Fresh & Easy, LLC*, Los Angeles Superior Court Case No. BC599728; *Tapia v. Fresh & Easy Neighborhood Market, Inc.*, Riverside Superior Court Case No. RIC1513461; *Macy v. Fresh & Easy, LLC*, San Bernardino Superior Court Case No. CIVDS1517614; and *Diana Chan v. Fresh & Easy, LLC*, Del. Bankr. Adv. Pro. No.15-51897).

4. The parties, therefore, agree that postponing the deadline for the defendants to respond to the Complaint will permit the parties sufficient time to further confer regarding the coordination of this case with other, potentially related actions.

5. Accordingly, the parties have agreed, subject to Court approval, to extend the time for the defendants to answer or otherwise respond to the Complaint to February 3, 2016. Attached hereto as <u>Exhibit 1</u> is a proposed order approving the *Stipulation Extending Time to Answer or Otherwise Respond to the Complaint* (the "<u>Stipulation</u>").  A copy of the executed Stipulation is attached to the proposed order.

WHEREFORE, Yucaipa respectfully requests that the Court enter the proposed order approving the Stipulation.

Dated: December 30, 2015
Wilmington, Delaware

／s／ *Robert C. Maddox*
Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
Robert C. Maddox (No. 5356)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: stearn@rlf.com
kandestin@rlf.com
maddox@rlf.com

- and -

Jesse A. Cripps
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: jcripps@gibsondunn.com

- and -

Sarah Zenewicz
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 374-8400
Email: szenewicz@gibsondunn.com

Attorneys for Defendants
YFE Holdings, Inc. and The Yucaipa
Companies, LLC