**EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRESH & EASY, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-12220-BLS<br>(Jointly Administered) |
| GUADALUPE COTE, on Behalf of Herself All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESH & EASY, LLC, YFE HOLDINGS, INC. and THE YUCAIPA COMPANIES, LLC,<br><br>Defendants. | Adv. Pro. No. 15-51906-BLS |

## ORDER APPROVING STIPULATION
## EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The Court having considered the *Stipulation Extending Time to Answer or Otherwise Respond to Complaint*, a copy of which is attached hereto as Exhibit A (the "Stipulation"), and the Court having determined that good cause exists for approval of the Stipulation;

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety and entered as an order of this Court. The deadline for all defendants to answer, move or otherwise respond to the Complaint [D.I. 1] is extended through and including February 3, 2016.

Dated: _____, \_\_\_\_\_ 201\_\_
       Wilmington, Delaware

                                        HONORABLE BRENDAN L. SHANNON
                                        UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRESH & EASY, LLC,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-12220-BLS<br>(Jointly Administered) |
| GUADALUPE COTE, on Behalf of Herself All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRESH & EASY, LLC, YFE HOLDINGS, INC. and THE YUCAIPA COMPANIES, LLC,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 15-51906-BLS |

**STIPULATION EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and among Defendants The Yucaipa Companies, LLC and YFE Holdings, Inc. (together, "Yucaipa"), Defendant Fresh & Easy, LLC, and Plaintiff Guadalupe Cote, that: The time within which Defendants may answer or otherwise respond to the Complaint [Dkt. 1] pursuant to the applicable procedural rules shall be, and hereby is, extended to February 3, 2016.

[*Signature page follows*]

Dated: December 30, 2015

| | |
|---|---|
|      */s/ Christopher D. Loizides* |      */s/ Robert C. Maddox* |

Christopher D. Loizides  
LOIZIDES, P.A.  
1225 King Street, Suite 800  
Wilmington, DE 19801  

*Of Counsel:*

Jack A. Raisner  
René S. Roupinian  
OUTTEN & GOLDEN, LLP  
3 Park Avenue, 29th Floor  
New York, NY 10016  

*Attorneys for Plaintiff*

     */s/ Kate Stickles*  
Kate Stickles (No. 2917)  
Patrick J. Reilley (No. 4451)  
COLE SCHOTZ P.C.  
500 Delaware Avenue, Suite 1410  
Wilmington, DE 19801  
Telephone: (302) 651-2000  
Facsimile: (302) 652-3117  
Email: KStickles@coleschotz.com  
          PReilley@coleschotz.com  

*Of Counsel*:

David Van Pelt  
SHEPPARD MULLIN  
1901 Avenue of the Stars, Suite 1600  
Los Angeles, CA 90067  
Telephone: (310) 228-3734  
Facsimile: (310) 228-3701  
Email: dvanpelt@sheppardmullin.com  

*Attorney for Defendant Fresh & Easy, LLC*

Robert J. Stearn, Jr. (No. 2915)  
Cory D. Kandestin (No. 5025)  
Robert C. Maddox (No. 5356)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701  
Email: stearn@rlf.com  
       kandestin@rlf.com  
       maddox@rlf.com  

*Of Counsel*:

Jesse A. Cripps  
GIBSON, DUNN & CRUTCHER LLP  
333 South Grand Avenue  
Los Angeles, CA 90071-3197  
Telephone: (213) 229-7000  
Facsimile: (213) 229-7520  
Email: jcripps@gibsondunn.com  

Sarah Zenewicz  
GIBSON, DUNN & CRUTCHER LLP  
555 Mission Street, Suite 3000  
San Francisco, CA 94105-2933  
Telephone: (415) 393-8200  
Facsimile: (415) 374-8400  
Email: szenewicz@gibsondunn.com  

*Attorneys for Defendants YFE Holdings, Inc. and The Yucaipa Companies, LLC*