# CERTIFICATE OF SERVICE

On December 30, 2015, I caused a copy of the foregoing certification of counsel and proposed order to be served on the following parties:

**By Hand Delivery:**

Christopher D. Loizides
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, Delaware 19801

Kate Stickles
Patrick J. Reilley
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801

**By U.S. First Class Mail**

Jack A. Raisner
René S. Roupinian
OUTTEN & GOLDEN, LLP
3 Park Avenue, 29th Floor
New York, New York 10016

David Van Pelt
SHEPPARD MULLIN
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067

/s/ Robert C. Maddox
Robert C. Maddox (No. 5356)